# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# CASE NO. 21-cv-80198-ALTMAN/Brannon

DAVID W. KAZNECKI, individually
and on behalf of all others similarly situated,   **CLASS ACTION**

    *Plaintiff*,

vs.

COLDWELL BANKER REAL ESTATE LLC,   **JURY TRIAL DEMANDED**
a California Corporation,

    *Defendant*.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Jeffrey Grubman, Esq., on June 23, 2021, at 10:00 a.m. via ZOOM.

ENTERED this ___ day of _____, 20 ___.

                                                                  _____
                                                                  ROY K. ALTMAN
                                                                  U.S. DISTRICT JUDGE

Copies furnished:
All counsel of record