UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-80198-ALTMAN/Brannon

**DAVID W. KAZNECKI,**
*individually and on behalf of all others similarly situated*,

    *Plaintiff*,

v.

**COLDWELL BANKER REAL ESTATE LLC**,
*a California Corporation*,

    *Defendant*.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

The Parties filed a Joint Stipulation of Voluntary Dismissal with Prejudice [ECF No. 24] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Being fully advised, the Court hereby **ORDERS AND ADJUDGES** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk shall **CLOSE** the case. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 21st day of May 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record